UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TRACY RANDLE et al.,

    *Plaintiffs*,

v.

SUNTRUST BANK, INC. et al.,

    *Defendants*.

Civil Action No. 18-1525 (TJK)

**ORDER**

For the reasons set forth in the Court's accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiffs' Unopposed Motion for Class Certification and Final Approval of Class Action Settlement, ECF No. 62, and Unopposed Motion for Service Awards to Class Representatives and Attorney's Fees and Costs, ECF No. 63, are **GRANTED**. It is further **ORDERED** that:

1. The proposed class is certified under Federal Rule of Civil Procedure 23 for settlement purposes only;

2. The proposed Settlement Agreement, ECF No. 56-1, is approved, and its terms expressly incorporated into this Order;

3. Under the timing provided for in the Settlement Agreement, the Claims Administrator shall (a) mail to all class members a notice of final approval of class action settlement, ECF No. 62-2, and (b) post a copy of this Order, the Court's accompanying memorandum opinion, and the final notice on the website maintained by the Claims Administrator, www.SunTrustFASettlement.com. The final notice shall enclose the claim form, W-4 and W-9 tax forms, and shall inform settlement class members that claim forms may be filed either electronically or by mail, and that the deadline for receipt of

claim and tax forms by the Claims Administrator is forty-five days after the mailing of the notice;

4. A service award of $175,000 to each class representative, as set forth in the Settlement Agreement, is approved; and

5. An award of attorney's fees and costs in the amount of $3,500,000.00 in fees and $91,232.21 in costs is approved.

It is further **ORDERED** that this action is **DISMISSED** with prejudice in accordance with the Settlement Agreement. The Court retains continuing jurisdiction limited to resolving issues relating to the administration, implementation, and enforcement of the Settlement Agreement and this Order. The Clerk of Court is directed to close the case.

**SO ORDERED.**

/s/ Timothy J. Kelly
TIMOTHY J. KELLY
United States District Judge

Date: February 21, 2024